UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/15/09
```

VINICIO ROSARIO,

        Petitioner,

v.

ROBERT ERCOLE, Warden,

        Respondent.

**ORDER**

No. 09 Civ. 2170 (LBS)

SAND, J.

    The Court hereby vacates its prior Order dated June 4, 2009. Petitioner's amended petition remains pending before the Court. I direct the Clerk's Office to serve a copy of this new Order, via registered mail, on Andrew Cuomo, the Attorney General for the State of New York.

**SO ORDERED.**

Dated: June 15, 2009
New York, NY

                                                        U.S.D.J.

COPIES MAILED TO ALL PARTIES